**Order entered October 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01156-CV

### IN RE LIFE PARTNERS, INC., LIFE PARTNERS HOLDINGS, INC., BRIAN D. PARDO, AND R. SCOTT PEDEN, Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10639**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We also **DENY** the real parties in interest's request for sanctions under rule of appellate procedure 52.11. We **ORDER** relators to bear the costs of this original proceeding.

/s/    ADA BROWN
        JUSTICE